UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
BARBARA MATTERA,                                    No. 07-CV-373

       Plaintiff,

       -against-

CLEAR CHANNEL BROADCASTING, INC., RONALD
DECASTRO and KRISTIN RODERICK, individually,

       Defendants.

       WHEREAS, Plaintiff Barbara Mattera (hereafter "Plaintiff") has entered into a Settlement Agreement and General Release which includes a general release of all of Plaintiff's claims against Defendants Clear Channel Broadcasting, Inc., Ronald DeCastro, and Kristin Roderick ("Defendants");

       NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties hereto, through their undersigned counsel, that the above action be and hereby is dismissed with prejudice and on the merits, and without costs or attorneys' fees to any party as against the other.

STIPULATED AND AGREED:

MORGAN, LEWIS & BOCKIUS, LLP       SACK & SACK, LLP

By: _____       By: _____
    Christopher A. Parlo                          Jonathan Sack

101 Park Avenue                             110 East 59 Street
New York, New York 10178               19th Floor
tel: (212) 309-6000                          New York, NY 10022
*Counsel for Defendants Clear Channel*     tel: (212) 702-9000
*Broadcasting, Inc., Ronald DeCastro, and Kristin*  *Counsel for Plaintiff Barbara Mattera*
*Roderick*

**SO ORDERED:**

_____

-11-

1-PH/2660759.2